[Nos. 28811-7-II; 29408-7-II.   Division Two.   September 23, 2003.]

MARK S. FARHOOD, *Appellant*, v. JILL D. ALLYN, ET AL., *Respondents*.

JILL D. ALLYN, ET AL., *Respondents*, v. MARK S. FARHOOD, ET AL., *Appellants.*.

Appeals from judgments of the Superior Court for Clark County, Nos. 99-2-01218-0 and 01-2-03179-5, Barbara D. Johnson and John F. Nichols, JJ., entered May 10 and September 27, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28831-1-II.   Division Two.   September 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03014-2, Bruce W. Cohoe, J., entered May 15, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 29033-2-II.   Division Two.   September 23, 2003.]

HILLSTROM CABINETS, INC., *Respondent*, v. THE TOWN OF SOUTH PRAIRIE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-09727-7, James R. Orlando, J., entered July 1, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Houghton, J.